UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: The Bankruptcy of

DAVID KEVIN BUSBEE                    Case No.: 14-30383-KKS

Debtors.
_____/

### AFFIDAVIT OF DAVID KEVIN BUSBEE

**COMES NOW** the debtor, DAVID KEVIN BUSBEE and files this Affidavit and does swear the following to be true and says as follows:

1. My gross work wages for the Month of JANUARY, 2014 work wages was

    $2859.20

2. My gross work wages for the Month of FEBRUARY, 2014 work wages was

    $2859.22

DATED this 8th day of April, 2014.

_____
DAVID KEVIN BUSBEE

STATE OF FLORIDA
COUNTY OF OKALOOSA

**I HEREBY CERTIFY** that on this day before me, an officer duly qualified to take this acknowledgment, personally appeared DAVID KEVIN BUSBEE, personally known or produced as identification ___Personally known___ and who executed the foregoing Affidavit and acknowledged before me that he executed the same, WITNESS my hand and official seal in the County and State last aforesaid this 8th day of ___April___, 2014.

_____
NOTARY PUBLIC, State of Florida
My Commission Expires:

GLADYS O. MENESES
MY COMMISSION # EE 087946
EXPIRES: May 28, 2015
Bonded Thru Budget Notary Services