UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:    **BUSBEE, DAVID KEVIN**                              Case No. 14-30383
                                                                Chapter 7
    Debtor.
_____/

**OBJECTION TO EXEMPTIONS**
**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
**Pursuant to Local Rule 2002-2, the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper.  If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 110 E. Park Avenue, Tallahassee, Florida 32301, and serve a copy of the movant's attorney, SHERRY F. CHANCELLOR, 619 WEST CHASE STREET, PENSACOLA, FLORIDA 32502**

If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, and will proceed to consider the paper without further notice or hearing and may grant the relief requested.

    **COMES NOW** the Chapter 7 Trustee, **SHERRY FOWLER CHANCELLOR**, by and through the undersigned attorney and files this her Objection to Exemptions and as grounds therefore would show:

    1.  The Debtor filed a Chapter 7 Bankruptcy on April 8, 2014 and the undersigned was appointed as interim trustee on April 9, 2014.

    2.  The Debtor claimed the homestead as exempt and Statement of Intention, the debtor has listed his intention to reaffirm debt with Mortgage Service Center and retain his interest in homestead.  The debtor is therefore receiving the benefit of the homestead exemption and claiming the wildcard exemption.

3. The Florida Statues do not allow a Debtor to receive benefit under §222.25(4) for overage in personal property, wildcard exemption and keep homestead. The debtor should be forced to make a decision and claim either homestead or wildcard.

**WHEREFORE,** the Trustee prays this Court to Sustain this Objection to Exemptions and Grant such further relief the Court deems necessary and just.

**RESPECTFULLY SUBMITTED** this 5th day of June, 2014.

   /s/Sherry F. Chancellor
Sherry F. Chancellor
Florida Bar # 434574
619 West Chase Street
Pensacola, Florida 32502
(850) 436-8445

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent to Harold F. Peek, Jr., PO Box 36, Valparaiso, FL 32580; David K. Busbee, PO Box 583, Defuniak Spgs, FL 32580 and Charles Edwards, 110 East Park Avenue, #128, Tallahassee, Florida 32301, by electronic means this the 5th day of June, 2014.

   /s/ Sherry Chancellor
Sherry Fowler Chancellor
619 West Chase Street
Pensacola, Florida 32502
(850) 436-8445
Florida Bar Number 434574