## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**IN RE:** The Bankruptcy of

DAVID KEVIN BUSBEE                    Case No.: 14-30383-KKS

        Debtor.
_____/

### NOTICE OF FIRST AMENDED  SCHEDULE  "B"

COMES NOW, the Debtor, DAVID KEVIN BUSBEE, by and
through his undersigned attorney and give Notice of First Amendment of
Schedule B – Personal Property to include list the 1981 Chevy Pick-up (h),
and  2003 Ford Taurus (h)owned by Debtor, which was inadvertently listed
joint on original petition but registered owner on vehicles is Debtor only,
and reflects same on question number 25 per attached:

### DECLARATION CONCERNING DEBTOR'S SCHEDULES

I HEREBY DECLARE under penalty that I have read the foregoing
Amendment of Schedules, consisting of _five_ (5) pages, and that they are true
and correct to the best of my knowledge, information and belief.

Dated this ___8th___, day of ____July____, 2014.

                        _____
                        DAVID BUSBEE

                        _____
                        HAROLD F.  PEEK. JR.
                        Attorney for Debtor
                        P.O. Box 36
                        Valparaiso, FL 32580
                        (850) 678-1349
                        Fl. Bar No.:  164290
                        hpeeklaw@valp.net

IN RE **Busbee, David Kevin**
_____
Debtor(s)

Case No. **3:14-bk-30383**
(If known)

## FIRST AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America CK (1,300)** | H | 1,300.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **3 Chester's (40+25+25) Dresser (40) Lawnmower  (150)** | J | 280.00 |
| | | **4 Computer's (100+100+100+100) Dinning Room Table & Chairs (75)** | J | 475.00 |
| | | **China Cabinet (50) Couch (100) Love Seat (50) Recliner (25)** | J | 225.00 |
| | | **Dishes & Small Appliances (100) Microwave (25)** | J | 125.00 |
| | | **Fridge (100) Washer (50) Dryer (50) 4 TV's (25+25+250+50)** | J | 550.00 |
| | | **Hand & Yard Tools (200)** | H | 200.00 |
| | | **Tables, Lamps & Misc. (200) 4 Bed's (50+100+50+50)** | J | 450.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing (100)** | H | 100.00 |
| 7.  Furs and jewelry. | | **Watch & Misc. (100)** | H | 100.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **30.06 (200)** | H | 200.00 |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

IN RE Busbee, David Kevin

Debtor(s)

Case No. 3:14-bk-30383

(If known)

## FIRST AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1981 Chevy Pick-Up (200) | H | 200.00 |
| | | 2 4Wheeler's (250+250) | J | 500.00 |
| | | 2003 Ford Taurus(500) | H | 500.00 |
| | | 2007 Toyota Tacoma (11,000) | J | 11,000.00 |
| | | 2011 Toyota Rav 4 (14,000)<br>- Seperated Wife Drives<br>- In Debotr's Name Only | H | 14,000.00 |

IN RE Busbee, David Kevin                                                      Case No. 3:14-bk-30383
_____                                         _____
                    Debtor(s)                                                           (If known)

## FIRST AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Home Made Utility Trailer (400) | J | 400.00 |
| 26.  Boats, motors, and accessories. | | 1986 John Boat (500) | H | 500.00 |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | | 2 Dogs (0) | J | 0.00 |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 31,105.00 |

_____0_____ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing Notice to First Amended Schedule "B" has been electronically furnished to interested parties on electronic mailing and to: Sherry F. Chancellor, sherry.chancellor@yahoo.com, and to the Office of the United States Trustee, USTPRegion21.TL.ECF@usdoj.gov, this _____ day of _____, 2014.

**HAROLD F. PEEK, JR.**
*P.O. Box 36*
*Valparaiso, FL 32580*
*(850) 678-1349*
*FL. BAR NO.: 164290*
*hpeeklaw@valp.net*