UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: The Bankruptcy of

DAVID KEVIN BUSBEE                    Case No.: 14-30383-KKS

    Debtor.
_____/

## NOTICE TO FIRST AMENDED SCHEDULE "C"

**COMES NOW**, the Debtor, DAVID KEVIN BUSBEE, by and through his undersigned attorney and gives Notice of First Amended Schedule C – Property Claimed As Exempt to exclude as listed on original petition the 1981 Chevy Pick-up (h), and 2003 Ford Taurus(h) and 2007 Toyota Tacoma (J/or) from Tenants by the Entirety, 11 USC § 522(b)(3)(B) per attached per attached:

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

I HEREBY DECLARE that I have read the foregoing Amendment of Schedule "C", consisting of three (3) pages, and that it is true and correct to the best of my knowledge, information and belief.

Dated this 8th, day of July, 2014.

_____
HAROLD F. PEEK, JR.
Attorney for Debtors
P.O. Box 36
Valparaiso, FL 32580
(850) 678-1349
FL. BAR NO.: 164290
hpeeklaw@valp.net

B6C (Official Form 6C) (04/13)

Case 14-30383-KKS   Doc 20   Filed 07/08/14   Page 2 of 3

IN RE Busbee, David Kevin
Debtor(s)

Case No. **3:14-bk-30383**
(If known)

## FIRST AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☑ Check if debtor claims a homestead exemption that exceeds $155,675. *

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| 7365 County Hwy 183 S, Ponce De Leon FL (200,000)<br>- House Joint With Seperated Wife<br>- Land In His Name Only | Art. X, §4(a)(1), FSA §§ 222.01, 222.02 | 200,000.00 | 200,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Bank of America CK (1,300) | FSA § 222.11 | 1,300.00 | 1,300.00 |
| 3 Chester's (40+25+25) Dresser (40) Lawnmower (150) | 11 USC § 522(b)(3)(B) | 280.00 | 280.00 |
| 4 Computer's (100+100+100+100) Dinning Room Table & Chairs (75) | 11 USC § 522(b)(3)(B) | 475.00 | 475.00 |
| China Cabinet (50) Couch (100) Love Seat (50) Recliner (25) | 11 USC § 522(b)(3)(B) | 225.00 | 225.00 |
| Dishes & Small Appliances (100) Microwave (25) | 11 USC § 522(b)(3)(B) | 125.00 | 125.00 |
| Fridge (100) Washer (50) Dryer (50) 4 TV's (25+25+250+50) | 11 USC § 522(b)(3)(B) | 550.00 | 550.00 |
| Hand & Yard Tools (200) | Art X § 4(a)(2) | 200.00 | 200.00 |
| Tables, Lamps & Misc. (200) 4 Bed's (50+100+50+50) | 11 USC § 522(b)(3)(B) | 450.00 | 450.00 |
| Clothing (100) | Art X § 4(a)(2) | 100.00 | 100.00 |
| Watch & Misc. (100) | Art X § 4(a)(2) | 100.00 | 100.00 |
| 30.06 (200) | Art X § 4(a)(2) | 200.00 | 200.00 |
| 2 4Wheeler's (250+250) | 11 USC § 522(b)(3)(B) | 500.00 | 500.00 |
| 2007 Toyota Tacoma (11,000) | FSA § 222.25(1) | 1,000.00 | 11,000.00 |
| 2011 Toyota Rav 4 (14,000)<br>- Seperated Wife Drives<br>- In Debotr's Name Only | FSA § 222.25(1) | 1.00 | 14,000.00 |
| Home Made Utility Trailer (400) | 11 USC § 522(b)(3)(B) | 400.00 | 400.00 |
| 1986 John Boat (500) | Art X § 4(a)(2) | 400.00 | 500.00 |

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

I HEREBY CERTIFY, that a true and correct copy of the foregoing was furnished all registered electronically on the below date to and: Sherry F. Chancellor, Chapter 7 Trustee, sherry.chancellor@yahoo.com, Office of the U.S. Trustee, USTPRegion21.TL.ECF@usdoj.gov, this _8th_ day of _July_, 2014.

/s/ Harold F. Peek, Jr.
HAROLD F. PEEK, JR.
Attorney at Law
P.O. Box 36
Valparaiso, FL 32580
(850) 678-1349 - Phone
Fl. Bar No.: 164290