UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:  
                        CASE NO: 14-30383  
                        CHAPTER 7

    BUSBEE, DAVID K.

     DEBTOR(S)

_____/

TRUSTEE'S REPORT OF SALE

COMES NOW, SHERRY FOWLER CHANCELLOR, Chapter 7 Trustee, ("Trustee"), in the above-styled bankruptcy case, and hereby files her Report of Sale and states the following:

1. The Debtor purchased back the non-exempt interest in a 2007 Toyota Tacoma $2,520.00. A Notice of Intent to Sell Property of the Estate(Doc#24) was circulated to all creditors on the Court's mailing matrix on July 11, 2014. No objections were received.

2. The Trustee has collected all of the funds which has been deposited into the bankruptcy estate trust account for distribution to unsecured creditors with timely filed valid claims.

3. Accordingly, the Trustee hereby acknowledges the consummation of the sale to the debtor.

**Dated** this 4th day of June, 2015

/s/ Sherry F. Chancellor
Sherry Fowler Chancellor
619 West Chase Street
Pensacola, Florida  32502
(850) 436-8445
Florida Bar # 434574

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically with the Court and furnished by U.S. Mail or via the Courts electronic case filing/case management system to Charles Edwards, Assistant U. S. Trustee, 110 East Park Avenue, #128, Tallahassee, FL 32301 this 4nd  day of June, 2015.

/s/ Sherry F. Chancellor
Sherry Fowler Chancellor
Trustee